IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS DROUILLARD, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>LYNDA ROBERTS, et al.,<br><br>    Defendants. | Case No. 24-cv-06969-CRB<br><br>**ORDER RE FILINGS RE APPLICATION FOR STAY** |

The Court is in receipt of Plaintiffs' filings late last night in connection with an Application for a Stay. See Brief for Judicial Notice (dkt. 22); Proposed Order and App. for Stay (dkt. 23); Proposed Order for Judge (dkt. 24); Declaration in Support of Stay (dkt. 25); Brief App. for Stay and Proposed Order (dkt. 26). Those filings seek not only a stay pending further rulings in Beals v. VA Coalition for Immigrant Rights, No. 24A407, but also significant injunctive relief. Plaintiffs ask this Court to enter a proposed order stating that:

> a) This action is temporarily stayed pending a ruling in United States v. Beals.
> b) Defendants shall intercept and sequester ballots returned by ineligible voters.
> c) Defendant Roberts is enjoined from opening envelopes of newly received ballots from ineligible voters, or processing or counting those ballots.
> d) Defendant Roberts shall provide this Court and Plaintiffs a list of any names of ineligible voters who have already had their ballots counted or extracted from the yellow return envelopes for the sole and exclusive purpose of protecting the integrity of the results of the election. These names shall not be disclosed or used for any other purpose.
> e) Defendant Roberts shall provide the Court and Plaintiffs

with "AVMR130 – Cumulative Ballots Returned by Party & Return Status" reports to ensure compliance with this Order. Three reports shall be provided each day ballot processing occurs, one shortly before ballot processing begins, another at noon, and one shortly after ballot processing ends.

Proposed Order for Judge ¶ 1.

The Court will not issue the requested stay or the requested injunctive relief in advance of the hearing on Monday, November 4, 2024. The Court will address both the Application for a TRO and the Application for a Stay at the hearing on Monday.[1]

**IT IS SO ORDERED.**

Dated: November 1, 2024



CHARLES R. BREYER
United States District Judge

---

[1] Plaintiffs assert that "The hearing Monday should likewise be stayed, or a least limited to discussion of this Application." App. for Stay ¶ 11. That request is DENIED—the hearing is not stayed and will not be limited to the Application for Stay.