United States District Court
Northern District of California

1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6

SAN FRANCISCO DIVISION

7

8

FRANCIS DROUILLARD, et al.,

9

Plaintiffs,

Case No. 24-cv-06969-CRB   (PHK)

10

v.

**ORDER REGARDING REFERRAL FOR DISCOVERY**

11

LYNDA ROBERTS, et al.,

Re: Dkt. 34

12

Defendants.

13

14          This case has been referred to the undersigned for discovery.  *See* Dkt. 34.  Accordingly,

15   the Parties shall review and comply with this Court's Standing Order for Discovery, particularly

16   Section H relating to discovery disputes, which is now applicable to this case.

17          **IT IS SO ORDERED.**

18   Dated: December 2, 2024

19          _____

20          PETER H. KANG
            United States Magistrate Judge

21
22
23
24
25
26
27
28